

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plainitff, | ) ) ) | |
| vs. | ) ) ) | No. 12 CR 354 |
| David Lewisbey, | ) ) | Hon. Ronald A. Guzman |
| Defendant. | ) ) ) | |

**FILED**
SEP 0 9 2013
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

### Court's Voir Dire Questions

1. Please state your name, spelling your last. Tell us what part of the northern district you live in and how long you have lived there.

2. Are you employed? If so, please tell us your occupation during last five years. Please tell us who your employer is or was and what your job entails.

3. What is your marital status? If your spouse is employed please tell us about his/her employment.

4. Do you have any children? If so, tell us about them. If you have grown children tell us about their current employment.

5. Please describe your educational background. How far did you go in school?

6. Do you have any favorite newspapers, magazines or other reading materials?

7. Do you have any hobbies?

8. Has any lawyer in this case acted as your lawyer or the lawyer for any of your immediate family or close friends to the best of your knowledge? Are you familiar with any of the attorneys or parties to this case?

9. Before coming here today did you know anything at all about the facts of this case?

10. Before coming here today have you seen, heard or read any news media coverage about this case

11. Have you ever before served as a juror? If so please tell us about it.

2

12. Have you or any close family members or friends ever been arrested or charged for any criminal offense other than a traffic offense? If so, please tell us about the incident.

13. Have you or any close family members or friends ever been in court for any other purpose, or have you ever been involved in a lawsuit in any way, either as a plaintiff, a defendant a victim or a witness?

2

14. This case involves local and federal law enforcement agents. Have you had any experiences with or do you have any feelings regarding these or any other law enforcement agencies which might interfere with your ability to be fair and impartial?

**SO ORDERED,**           ENTERED:

*[signature]*

HON. RONALD A. GUZMAN
**United States District Judge**